IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:12cr39-MPM-JMV

DON EARL JOHNSON

## **ORDER SUBSTITUTING COUNSEL**

The Federal Public Defender has moved for an order substituting counsel in the above-styled and numbered cause due to a potential conflict of interest. The Office of the Federal Public Defender contacted **Whitman D. Mounger on December 4, 2019,** who agreed to be appointed as counsel to represent this defendant in his cause to eliminate any possibility of a conflict of interest and **Whitman D. Mounger** agreed to be substituted as counsel for the defendant.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

The Office of the Federal Public Defender is hereby released from the obligation of the representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that **Whitman D. Mounger** is hereby substituted as counsel of record for the defendant in this cause.

IT IS SO ORDERED this the ____ day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE